# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Civil Case No.  07-cv-01534-LTB-KMT

SID ALBADRI,

       Plaintiff,

v.

FRONTIER AIRLINES, INC.,

       Defendant.

---

## MINUTE ORDER

---

BY ORDER OF JUDGE LEWIS T. BABCOCK


     Defendant's Motion to Stay (Doc 25 - filed April 18, 2008) is **GRANTED**.

     This action is **STAYED** pending further order of this Court.



Dated:  May 7, 2008

---