IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07-cv-01534-LTB-KMT

SID ALBADRI,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion to Compel and Brief in Support Thereof" (#23, filed April 4, 2008) is **DENIED** without prejudice as a result of the stay entered by Senior Judge Lewis T. Babcock on May 7, 2008.

Dated: July 14, 2008