IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 07–cv–01534–PAB–KMT

SID ALBADRI,

    Plaintiff,

v.

FRONTIER AIRLINES, INC.,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Motion and Order to Withdraw" (# 32, filed May 15, 2009) is GRANTED. Attorney Margaret A. Miller is relieved of any further representation of Plaintiff in the above captioned matter. The Clerk of Court is instructed to remove Ms. Miller from the electronic certificate of mailing.

Dated: May 15, 2009